| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

Dr. Alice M. Pendleton
   *Plaintiff(s),*

v.                                         Case No. 4:15–cv–00736

Prairie View AMUniversity
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**

DATE:   7/5/2016

TIME:   11:30 AM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3–A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**

By Deputy A. Rivera                                                                             Date: June 29, 2016